# United States District Court
## For The Western District of North Carolina
### Asheville Division

Anthony Caldwell,

    Plaintiff(s),      JUDGMENT IN A CIVIL CASE

vs.             1:03cv260

Landing C. Corpening, et al,

    Defendant(s).


DECISION BY COURT.  This action having come before the Court by Motion for Summary Judgment and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 15, 2005 Order.




         FRANK G. JOHNS, CLERK

November 16, 2005

           s/Joan Gosnell
      BY: _____
           Joan Gosnell, Deputy Clerk